## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 178 WAL 2023

            Respondent            :

                                :   Petition for Allowance of Appeal
                                :   from the Order of the Superior Court

           v.                      :

                                :

LEON SEWELL,                        :

            Petitioner             :

## ORDER

**PER CURIAM**

     **AND NOW**, this 5th day of December, 2023, the Petition for Allowance of Appeal is **DENIED**.